UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE IROBOT CORPORATION
SECURITIES LITIGATION

**CIVIL ACTION NO. <u>19-12536-DJC</u>**

**<u>ORDER OF DISMISSAL</u>**

CASPER, D.J.

In accordance with the Memorandum and Order dated March 12, 2021, the Court Orders that

Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is

DISMISSED.

March 15, 2021                          /s/ Lisa M. Hourihan
                                        Deputy Clerk